# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: NOMINATION PETITION OF SHAUN : No. 17 EAP 2026
GRIFFITH CANDIDATE FOR :
PENNSYLVANIA'S 3RD CONGRESSIONAL :
DISTRICT, DEMOCRATIC PARTY :
:
:
APPEAL OF: THELMA PEAKE :

## ORDER

**PER CURIAM** **DECIDED: April 15, 2026**

**AND NOW**, this 15th day of April, 2026, the Application of Appellant Thelma Peake for Leave to File Brief *Nunc Pro Tunc* is hereby **DENIED**. Appellant's Notice of Appeal is hereby **QUASHED** for failure to file a timely brief.